IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:10-CV-58-DSC

AMANDA N. LOPEZ, on behalf of )
herself and all others similarly situated, )
)
        Plaintiffs, )
)
v. )
)
CREDIT PLUS, INC., )
)
        Defendant. )
_____)

## ORDER OF DISMISSAL FOR LACK OF PROSECUTION

**THIS MATTER** is before the Court on "Defendant's Motion to Dismiss for Failure to Prosecute," Doc. 16, filed July 15, 2011.

It is clear from the record that Plaintiff has taken no action to prosecute her claims since the filing of the Complaint. Plaintiff has failed to respond to the instant Motion to Dismiss and the time for filing a response has expired. Accordingly for this reason and those stated in "Defendant's Motion to Dismiss for Failure to Prosecute," Doc. 16, the Court concludes that Defendant has failed to prosecute this action under Federal Rule of Civil Procedure 41(b). Therefore, "Defendant's Motion to Dismiss for Failure to Prosecute," Doc. 16, is **GRANTED** and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

       **SO ORDERED**.

Signed: August 2, 2011

_____
David S. Cayer
United States Magistrate Judge