# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Amanda N. Lopez ,

                Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                     3:10-cv-58

Credit Plus, Inc. ,

                Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 2, 2011 Order.

                                  Signed: August 2, 2011

                                  Frank G. Johns, Clerk
                                  United States District Court